IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> VS. <br><br> **MICHAEL L. MARTIN,** <br><br> Defendant | **NO. 3: 09-MJ-10-02 (CWH)** <br><br> VIOLATION:  Drug Related |

## ORDER ON PRELIMINARY EXAMINATION

Defendant **MICHAEL L. MARTIN** this day appeared before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, for a **PRELIMINARY EXAMINATION** under provisions of Rule 5.1 of the Federal Rules of Criminal Procedure. He was represented by Ms. Catherine Michelle Leek of the Federal Defenders officer; the United States was represented by Assistant United States Attorney Tamara A. Jarrett.

After consideration of the testimony of DEPUTY SCOTT PULLIAM of the Madison County Sheriff's office and that of Melisa Dove, niece of the defendant, and the argument of counsel for the government and for the defendant, the undersigned finds that PROBABLE CAUSE does exist that the offense set forth in the Criminal Complaint filed herein on October 5, 2009, to-wit: 21 U.S.C. §841(a)(1), has been committed as set forth in said complaint, and that defendant **MICHAEL L. MARTIN** did commit said offense as charged therein.

THEREFORE, IT IS ORDERED AND ADJUDGED that this matter be referred to a GRAND JURY of this district for further proceedings as required by law.

SO ORDERED, this 13th day of OCTOBER, 2009.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE